**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Sara Kozak

                            Plaintiff,

v.                                           Case No.: 1:17–cv–00318
                                              Honorable Sara L. Ellis

Pioneer Credit Recovery, Inc.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 14, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held. Motion by Sara Kozak to reassign related case [14] is granted. It is hereby ordered that 17–cv–969, Maldonado v. Pioneer Credit Recovery, Inc. currently pending before Judge Leinenweber is reassigned to Judge Sara L. Ellis. Defendant's unopposed motion for extension of time to respond to Plaintiff's first amended complaint [18] is granted. Defendant's responsive pleading is due by 3/14/17. Briefing schedule on motion to dismiss: Plaintiff's response is due by 4/11/17; Defendant's reply is due by 5/2/17. Next status date set for 8/3/17 at 1:30 PM for ruling on motion to dismiss. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.