# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Sara Kozak

                          Plaintiff,

v.                                                   Case No.: 1:17−cv−00318

                                                       Honorable Sara L. Ellis

Pioneer Credit Recovery, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 15, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Defendant's unopposed motion for an extension of time to file [36] is granted. Defendant's reply in support of motion to transfer is due by 5/30/17. Ruling date of 7/25/17 to stand. No appearance required, 5/16/17. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.